# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

Bridget M. McCormack,
Chief Justice

159509

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

NANCY HINDENACH, Individually and as
Guardian of JOHNATHAN HINDENACH, a
legally incapacitated person, and ROBERT
HINDENACH,
　　　　Plaintiffs-Appellants,

v

OLIVET COLLEGE and GARY WERTHEIMER,
　　　　Defendants-Appellees.

SC: 159509
COA: 340540
Eaton CC: 2011-001596-NO

_____/

　　　On order of the Court, the application for leave to appeal the March 19, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



t0323

Clerk